**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JERRY WAYNE HAGGINS                                                                                    PLAINTIFF

V.                                         5:08CV00299 SWW/HDY

ARKANSAS COUNTY JAIL                                                                              DEFENDANT

**ORDER**

Plaintiff, who is currently being held at the Arkansas County Detention Facility, has filed a *pro se* Complaint (docket entry #2) pursuant to 42 U.S.C. § 1983 alleging claims of deliberate indifference. Because he failed to name as a defendant an entity subject to suit under the statute, the Court directed Plaintiff to submit an Amended Complaint that identified those individuals that Plaintiff believes are responsible for the failure to provide him medical care, as well as other information.

Plaintiff has since submitted two responses (docket entries ## 5 and 6) which provide some additional information about his injuries. However, neither of the documents have named any individual people, such as officers, guards, administrators, or doctors, who have personally taken the actions that Plaintiff has described in his Complaint. The Arkansas County Jail is simply a building, not a "person" who can be sued under § 1983. *Miller v. Benton County Jail*, No. 06-5050, slip. op, 2006 WL 2711482 at *1 (W.D.Ark. Sept. 21, 2006)(citations omitted). In order to state a claim Plaintiff must identify those individuals that Plaintiff alleges are responsible for the failure to provide medical care, with specific dates and times when these events occurred, how the named defendants

1

were responsible for these alleged constitutional violations, or what injury he sustained from these events.  Accordingly, Plaintiff will be given an additional (30) days, from the entry date of this Order, to provide the following information: (1) specific facts supporting how each named defendant is alleged to have violated his constitutional rights, including dates, times, and places;  and (2) how these actions (or inactions) caused him injury.   In order to state a claim against each defendant, Plaintiff needs to state, clearly and plainly, **what exactly each named defendant is alleged to have done or not done that caused him injury**.  Plaintiff's failure to file an Amended Complaint containing the foregoing information may result in dismissal of this lawsuit, without prejudice.

      IT IS SO ORDERED this   13   day of January, 2009.

                                                                                                       _____
                                                                                          UNITED STATES MAGISTRATE JUDGE